IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-00380-F-1
No. 5:16-CV-000349-F

| | |
|---|---|
| ROBERT THOMAS MOON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     O R D E R |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

This matter is before the court on Robert Thomas Moon's Motion for a Definite Statement [DE-43]. In his motion, Moon represents that since filing his Motion to Vacate, he has not received any additional filings. Moon also requests a copy of the docket sheet in this case.

Moon's Motion for a Definite Statement was received by the court on July 25, 2016, shortly after the Government served Moon with its Motion to Dismiss. It appears Moon may have received the Motion to Dismiss just after he filed his Motion for a Definite Statement. Moon's Motion for a Definite Statement [DE-43] is ALLOWED to the extent that the Clerk is DIRECTED to mail Moon a copy of the docket sheet. If after receiving this order Moon has not received the Government's Motion to Dismiss, he is to promptly advise the court.

SO ORDERED.

This _1_ day of August, 2016.

                              _James C. Fox_
                               JAMES C. FOX
                               SENIOR UNITED STATES DISTRICT JUDGE