IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:04-CR-380-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ROBERT THOMAS MOON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for compassionate release not later than January 20, 2026.

SO ORDERED. This 15 day of December, 2025.

JAMES C. DEVER III
United States District Judge