IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:04-CR-380

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT THOMAS MOON, | ) | |
| | ) | |
| Defendant. | ) | |

In light of the governing law and the record, the court DENIES as meritless defendant's

latest motion for compassionate release. See 18 U.S.C. §§ 3582(c), 3553(a); U.S.S.G. § 1B1.13;

[D.E. 107].

SO ORDERED. This 24 day of March, 2026.

JAMES C. DEVER III
United States District Judge